HINMAN et al., Respondents, v. KEEFE, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Henry Hinman and others against Dennis E. Keefe. No opinion. Judgment affirmed, with costs.

In re HOAGLAND. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of Hudson Hoagland, deceased. No opinion. Motions denied, with $10 costs. Orders filed. Memorandum per curiam. See, also, 144 N. Y. Supp. 1121.

HOBART, Appellant, v. TOWN OF TULLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Francelia Hobart, as administratrix, etc., against the Town of Tully. No opinion. Judgment and order affirmed with costs. Appeal to Court of Appeals denied, 145 N. Y. Supp. 1127. See, also, 152 App. Div. 902, 136 N. Y. Supp. 1137.

HOBART, Appellant, v. TOWN OF TULLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 7, 1914.) Action by Francelia Hobart, as administratrix, etc., against the Town of Tully. No opinion. Motion for leave to appeal to Court of Appeals (from 145 N. Y. Supp. 1127) denied, with $10 costs.

HOFFMAN, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by Joseph Hoffman against the New York Telephone Company. No opinion. Judgment and order affirmed, with costs.

HOLLANDER et al., Respondents, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Barnett L. Hollander and another against Henry Kaufman and others. H. R. Limburg, of New York City, for appellants. J. A. Garver, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 App. Div. 895, 140 N. Y. Supp. 1124.

HOPPER v. BOEHME. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by John J. Hopper against Gustave Boehme. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1121.

HOTEL ASTOR v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. January 9, 1914.) Action by the Hotel Astor against the City of New York and others. With this case has been consolidated in this court cases bearing titles as follows: Waldorf Astoria Hotel Co. v. City of New York et al.; Greeley Square Hotel Co. v. Same; Hilliard Hotel Co. v. Same. No opinions. Motions granted, and questions certified. Orders filed. See, also, 144 N. Y. Supp. 1104, 1120.

HOTEZ v. INTERNATIONAL MERCANTILE MARINE CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Max Hotez against the International Mercantile Marine Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 25, 144 N. Y. Supp. 355.

HOWARD, Respondent, v. LEVY DAIRY CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by George H. Howard against the Levy Dairy Company. No opinion. Judgment unanimously affirmed, with costs.

HUNT et al., Respondents, v. HEATH, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Wallace Hunt and another against Henry G. K. Heath, impleaded with others. No opinion. Motion for reargument (of 144 N. Y. Supp. 1121) denied, with $10 costs.

HYDE PARK TERRACE CO., Respondent, v. JACKSON BROS. REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by the Hyde Park Terrace Company against the Jackson Bros. Realty Company and others. No opinion. Reargument ordered, and case set down for Tuesday, March 3, 1914.

IBERT et al., Respondents, v. OBERMEYER & LIEBMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Mary L. Ibert and others, as executors, etc., of Frank Ibert, deceased, against Obermeyer & Liebmann, a domestic corporation. PER CURIAM. The judgment, so far as it reforms the contract of August 25, 1911, affirmed, but the deficiency judgment now entered against defendant is stricken out, and conclusions of law numbered 43 and 44 are modified as hereinafter provided. The decrees below and the final conclusion of law are modified, so as to provide that, upon plaintiffs herein satisfying such deficiency judgment now entered against the executors of the will of Frank Ibert, deceased, they shall be at liberty to apply, at the foot of the decree in this suit, for the direction and entry of a personal judgment for the amount which they may have actually so paid, with interest from the date of such payment, against the defendant Obermeyer & Liebmann corporation, and, as thus modified, the judgment is affirmed, without costs. Settle order before Putnam, J.

IG. ROTH, Inc., v. ROSENTHAL. (Supreme Court, Appellate Division, First Depart-